Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

PHILIP MARTINET, individually and on behalf of all others similarly situated.

vs

T-MOBILE USA, INC., a Delaware corporation

**SUMMONS IN A CIVIL ACTION**

Case No.

**'08 CV 381 · JLS (LSP)**

FILED
FEB 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joseph G. Dicks, Esq.
Dicks & Workman, APC
750 B Street, Suite 2720
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/28/08
DATE

By  J. HINKLE , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)