MERYL L. YOUNG, SBN 110156
myoung@gibsondunn.com
JARED M. TOFFER, SBN 223139
jtoffer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant,
T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MARTINET, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 08-CV-0381-JLS (NLS)<br><br>JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 6 |

Plaintiff Philip Martinet ("Plaintiff") and Defendant T-Mobile USA, Inc. ("Defendant") hereby submit this Joint Motion for Extension of Time to Respond to Complaint.

## RECITALS

WHEREAS, Plaintiff's Class Action Complaint ("Complaint") was filed with the Court on February 27, 2008;

WHEREAS, Defendant was served with the Complaint on March 20, 2008;

WHEREAS, without an extension of time to respond, Defendant is required, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), to respond to the Complaint on or before April 9, 2008;

WHEREAS, Defendant has not previously requested an extension of time;

WHEREAS, good cause exists for an extension of time to respond to the Complaint because Defendant has recently retained counsel to represent it in this matter and counsel needs additional time to investigate and evaluate the allegations and claims in the Complaint and to prepare a response to the Complaint;

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

The time for Defendant to answer, move or otherwise respond to the Complaint in this matter shall be extended for thirty (30) days, until May 9, 2008, subject to the approval of the Court.

DATED: April 9, 2008

MERYL L. YOUNG
JARED M. TOFFER
GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Meryl L. Young
              Meryl L. Young

Attorneys for Defendant,
T-MOBILE USA, INC.
E-mail: myoung@gibsondunn.com

DATED: April 9, 2008

        JOSEPH G. DICKS
        LINDA G. WORKMAN
        DICKS & WORKMAN, APC


By:   /s/ Joseph G. Dicks
        Joseph G. Dicks

Attorneys for Plaintiff,
PHILIP MARTINET
E-mail: jdicks@dicks-workmanlaw.com

Gibson, Dunn & Crutcher LLP

## CERTIFICATE OF SERVICE

I, Kimberly A. Spake, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State.

I hereby certify that on April 9, 2008, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Joseph G. Dicks                    jdicks@dicks-workmanlaw.com

I am employed in the office of Meryl Young, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2008.

*Kimberly A. Spake*

Kimberly A. Spake

100416710_1.DOC

Gibson, Dunn &
Crutcher LLP

4