| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | | TELEPHONE NO.:<br>(619) 685-6800 | FOR COURT USE ONLY |
|---|---|---|---|
| DICKS AND WORKMAN<br>JOSEPH G. DICKS, ESQ., SB #127362<br>750 B STREET, 2720<br>SAN DIEGO, CA 92101<br>ATTORNEY FOR *(Name):* | | Ref. No. or File No.<br>1415/MARTINET | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
880 FRONT STREET - SUITE 4290
SAN DIEGO, CA 92101

PLAINTIFF:

MARTINET

DEFENDANT:

T-MOBILE USA, INC.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08 CV 381 JLS |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

CIVIL COVER SHEET;SUMMONS;COMPLAINT

ON: T-MOBILE USA, INC., A DELAWARE CORPORATION

AT 2730 GATEWAY OAKS DR., 100
      SACRAMENTO, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
BECKY DEGEORGE, - AGENT FOR SERVICE OF PROCESS

ON: 03/19/2008
AT: 02:55 pm

**Manner of service**  in compliance with Federal Code of Civil Procedure.

Fee for Service:  **$49.50**
        Registered California process server.
        County:  **SACRAMENTO**
        Registration No.:  **98-13**
        **Diversified Legal Services, Inc.**
        **4665 Park Blvd**
        **San Diego, CA 92116**
        **6192608224**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 27, 2008** at **SAN DIEGO**, California.

Signature: _____

LISA SANTOS 104071A

## PROOF OF SERVICE

Order#: 104071A/GProof39