UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MARTINET, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>        Defendant. | Civil No. 08cv381-J(NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    For good cause having been shown, the parties' Joint Motion for Additional Extension of Time to Respond to Complaint, filed April 22, 2008, is **GRANTED**.

    **IT IS SO ORDERED**.

DATED: May 16, 2008

                                                         M. James Lorenz<br>
                                                         United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL