MERYL L. YOUNG, SBN 110156
myoung@gibsondunn.com
JARED M. TOFFER, SBN 223139
jtoffer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant,
T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MARTINET, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 08-CV-0381-L (NLS)<br><br>**DEFENDANT T-MOBILE USA, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Defendant T-Mobile USA, Inc. hereby gives notice that the attached Exhibit A sets forth the relevant ownership interests.

DATED: June 9, 2008

                                            GIBSON, DUNN & CRUTCHER LLP
                                            MERYL L. YOUNG
                                            JARED M. TOFFER

                                            By:       /s/ Jared M. Toffer
                                                          Jared M. Toffer

                                            Attorneys for Defendant,
                                            T-MOBILE USA, INC.
                                            E-mail: jtoffer@gibsondunn.com

# CERTIFICATE OF SERVICE

I, Janet Travis, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State.

I hereby certify that on June 9, 2008, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Joseph G. Dicks						jdicks@dicks-workmanlaw.com

I am employed in the office of Jared M. Toffer, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008.

*/s/*
Janet Travis

100461827_1.DOC

Gibson, Dunn & Crutcher LLP