**EXHIBIT A**
**TO DEFENDANT T-MOBILE USA, INC.'S**
**NOTICE OF PARTY WITH FINANCIAL INTEREST**

| **Entity** | **Shareholders** | **Ownership** |
|---|---|---|
| T-Mobile USA, Inc. shareholders with Greater than 10% ownership of ANY Class of Stock | T-Mobile Global Holding GmbH<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| T-Mobile Global Holding GmbH shareholders with Greater than 10% ownership of ANY Class of Stock | T-Mobile International AG<br>Kennedyallee 1-5<br>53175 Bonn, Germany | 100% |
| 10% or greater shareholder of ANY class of stock of T-Mobile International AG | Deutsche Telekom AG<br>Friedrich-Ebert-Allee 140<br>D-5311 Bonn, Germany | 100% ownership |
| 10% or greater shareholder of ANY class of stock of Deutsche Telekom AG<br><br>Deutsche Telekom AG is a publicly traded company. | Federal Republic of Germany (FRG)<br><br>Address for the FRG:<br>% Federal Ministry of Finance<br>Wilhelmstr. 97<br>10117 Berlin<br>PA.: PO Box 272<br>10117 Berlin<br><br>Kreditanstalt fuer Wiederaufbau (KfW), a bank controlled by the German Government<br><br>Address for KfW:<br>Palmengartenstrasse 5-9<br>60325 Frankfurt am Main | Approx. 14.83% ownership<br><br><br><br><br><br><br><br>Approx. 16.87% ownership |