# AMENDED CERTIFICATE OF SERVICE

I, Janet Travis, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State.

**DEFENDANT T-MOBILE USA, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT**

I hereby certify that on June 9, 2008, that **DEFENDANT T-MOBILE USA, INC.'S ANSWER TO PLAINTIFF'S CLASS ACTION COMPLAINT** was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Joseph G. Dicks             jdicks@dicks-workmanlaw.com

I am employed in the office of Jared M. Toffer, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008.

_____
Janet Travis

100457472_2.DOC

Gibson, Dunn & Crutcher LLP