1  Joseph G. Dicks, Esq. #127362
   Linda G. Workman, Esq. #128621
2  DICKS & WORKMAN, APC
   750 B Street, Suite 2720
3  San Diego, CA 92101
   Tel: 619/685-6800
4
   Jeffrey R. Krinsk, Esq. #109234
5  Mark L. Knutson, Esq. #131770
   C. Michael Plavi, Esq. #217153
6  FINKELSTEIN & KRINSK LLP
   501 West Broadway, Suite 1250
7  San Diego, CA 92101-3593
   Tel:   619/238-1333
8  Fax:   619/238-5425

9  Attorneys for Plaintiff and the Class

10
                    **UNITED STATES DISTRICT COURT**
11
                    **SOUTHERN DISTRICT OF CALIFORNIA**
12

13 PHILIP MARTINET, individually and on behalf of  )   Case No.: 08 CV 0381 L (NLS)
   all others similarly situated,                 )
14                                                 )
          Plaintiffs,                              )   **NOTICE OF APPEARANCE**
15                                                 )
   v.                                              )
16                                                 )
                                                   )
17 T-MOBILE USA, INC., a Delaware corporation,     )
                                                   )
18        Defendant.                               )
                                                   )
19                                                 )
                                                   )
20 _____ )

Martinet v. T-Mobile USA, Inc.
Case No.: 08 CV 0381 L (NLS)

TO: ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that Jeffrey R. Krinsk, Mark L. Knutson and C. Michael Plavi II of FINKELSTEIN & KRINSK, LLP., hereby enter their appearances on behalf of plaintiff Philip Martinet and all others similarly situated in this matter, and request that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

Dated: June 23, 2008

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By:   s/Jeffrey R. Krinsk
      Jeffrey R. Krinsk

Mark L. Knutson
C. Michael Plavi II
501 West Broadway, Suite 1250
San Diego, CA 92101-3579
Tel: 619/ 238-1333
Fax: 619/238-5425

Joseph G. Dicks, Esq.
Linda G. Workman, Esq.
DICKS & WORKMAN, APC
750 B Street, Suite 2720
San Diego, CA 92101
Tel: 619/685-6800
Fax: 619/557-2735

Attorneys for Plaintiff and the Class

FINKELSTEIN & KRINSK LLP
501 WEST BROADWAY, SUITE 1250
SAN DIEGO, CA 92101-3593
TELEPHONE: 619/238-1333

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE TITLE  :  Martinet v. T-Mobile USA, Inc.
CASE NO.    :  08 CV 0381 L (NLS)

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED, DECLARE THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS AND NOT A PARTY TO THE WITHIN ACTION. I AM EMPLOYED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA. MY BUSINESS ADDRESS IS 501 WEST BROADWAY, SUITE 1250, SAN DIEGO, CALIFORNIA 92101-3593.

I SERVED THE FOLLOWING DOCUMENT(S) ON:                                          June 23, 2008

**NOTICE OF APPEARANCE**

☒ **VIA U.S. MAIL**
I DEPOSITED THE ABOVE DOCUMENT(S)
IN THE U.S. MAIL, POSTAGE PREPAID, AT
SAN DIEGO, CA, ADDRESSED AS FOLLOWS:

☐ **VIA OVERNIGHT DELIVERY**
I DEPOSITED THE ABOVE DOCUMENT(S)
AT AN OVERNIGHT DOCUMENT DEPOSITORY
ADDRESSED AS FOLLOWS:

☐ **VIA PERSONAL SERVICE**
I PERSONALLY DELIVERED THE ABOVE
DOCUMENT(S) TO THE PERSON SERVED
AT THE FOLLOWING ADDRESS:

☐ **VIA FACSIMILE**
I TRANSMITTED THE ABOVE DOCUMENT(S)
VIA FACSIMILE TO THE PERSON SERVED
AS FOLLOWS:

**[SEE ATTACHED SERVICE LIST]**

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATE OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT AND THAT I AM EMPLOYED IN THE OFFICE OF A MEMBER OF THE BAR OF THIS COURT, AT WHOSE DIRECTION THE WITHIN SERVICE WAS MADE. EXECUTED: June 23, 2008, AT SAN DIEGO, CALIFORNIA.

FILE NO: 7490.03/T                                                      Andrea Vasquez

Martinet v. T-Mobile USA, Inc.
Case No. 08 CV 0381 L (NLS)

## SERVICE LIST

Meryl L. Young, Esq.
Jared M. Toffer, Esq.
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Tel: 949/451-3800
Fax: 949/451-4220

**Counsel for Defendant**

Joseph G. Dicks, Esq.
Linda G. Workman, Esq.
DICKS & WORKMAN, APC
750 B Street, Suite 2720
San Diego, CA 92101
Tel: 619/685-6800
Fax: 619/557-2735

**Counsel for Plaintiff**