MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JULY 23, 2008

Philip Martinet      vs      T-Mobile, USA, Inc.      No.   08cv381 L (NLS)

Hon.   Magistrate Judge Stormes   Deputy Clerk   George Perrault

---

It is hereby ordered that Magistrate Judge Stormes **RECUSES** from the above-entitled case and **ORDERS** that the case be reassigned to another magistrate judge.

Assigned to:   _Magistrate Judge_   ~~Barbara Lynn Major~~

New Case #:   08cv381 L (BLM)