cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MARTINET, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) v. ) ) T-MOBILE USA, INC., a Delaware Corporation, ) ) ) Defendants. ) ) | Civil No.08cv0381 L (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On September 3, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Mark Knutson, Esq., Joe Dicks, Esq. and Philip Martinet on behalf of plaintiff; Jared Toffer, Esq., Meryl L. Young, Esq. and Melissa Scanlan on behalf of defendant.

Settlement could not be reached. An issue with regard to Mr. Martinet's standing exists and plaintiff's counsel will review the information provided at the conference and consider their position in this regard. The Court will hold a telephonic Settlement Status Conference on ***September 23, 2008 at 11:00 a.m.*** Plaintiff's counsel will set up the call at that time. At that time, the Court and counsel will discuss the issue as to standing, and what scheduling or procedures would be best going forward.

///
///
///
///

1 | In the interim, defendant will provide the scripts and notice program information to plaintiff's counsel. This information will be provided as confidential, and plaintiffs will not disclose, disseminate or distribute the information pending further Court order.

IT IS SO ORDERED.

DATED: September 4, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court